UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MAURICE CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:07-CV-0021 TCM |
| | ) |
| CHRISTY CLINTON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court upon the application of Maurice Campbell for leave to commence this action without payment of the required filing fee.

**Title 28 U.S.C. § 1915 (g)**

Title 28 U.S.C. § 1915(g) provides that a prisoner may not bring a civil action in forma pauperis if "on 3 or more [earlier] occasions, . . . [the prisoner has] brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

**Discussion**

Plaintiff may not seek to bring the instant action in forma pauperis pursuant to 28 U.S.C. § 1915. A review of this Court's files indicates that plaintiff has had more than three actions or appeals dismissed as frivolous or for failing to state a claim upon which relief may be granted. See Campbell v. Rowley, No. 2:04-CV-0071 JCH (E.D. Mo.); Campbell v. Rowley, No. 2:03-CV-0021 JCH (E.D. Mo.); and Campbell v. Becton, No. 4:00-CV-1100 RWS (E.D. Mo.). Furthermore, a review of the complaint indicates that plaintiff is not under "imminent danger of serious physical injury."

Because plaintiff has had three or more previous actions or appeals dismissed as frivolous or for failing to state a claim, he must pay the full $350 filing fee. See In re Tyler, 110 F.3d 528 (8th Cir. 1997).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff is **DENIED** leave to commence this action without payment of the statutory filing fee.

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this order to pay the $350 filing fee.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee within thirty (30) days, the Court will dismiss this action, without prejudice. See Rule 41(b) of the Federal Rules of Civil Procedure.

Dated this  14th  day of February, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE