# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| **MAURICE CAMPBELL,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case number 1:07cv0021TCM |
| **CHRISTY CLINTON, et al,** | ) |
| **Defendants.** | ) |

## **ORDER**

This matter is before the Court for examination pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Plaintiff commenced this action on **April 23, 2007**, naming, among others, **Laura Vance and Steve Dominque** as defendants. A review of the Court file shows that **Laura Vance and Steve Dominque** have not been served in this matter nor has service been waived on their behalf. Under Rule 4(m), the Court, after notice to Plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires **August 21, 2007**, 120 days after the filing of Plaintiff's complaint.

Therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall cause service to be effected upon defendants **Laura Vance and Steve Dominque** not later than **August 21, 2007**. In the absence of good cause shown, failure to timely serve these Defendants shall result in the dismissal without prejudice of Plaintiff's claims against them.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of August, 2007.