# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MAURICE CAMPBELL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case number 1:07cv0021TCM |
| CHRISTY CLINTON, et al, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of plaintiff, Maurice Campbell, for the appointment of a process server.

Two defendants, Laura Vance and Steve Dominque, have not waived service, "thus requiring personal service." **Mousseaux v. United States**, 28 F.3d 786, 787 (8th Cir. 1994); Fed.R.Civ.P. 4(c)(1). Plaintiff has asked, unsuccessfully, that various family members serve the two defendants. Clearly, this is not acceptable. The Court is not, however, unsympathetic to Plaintiff's difficulties in locating a private process server while incarcerated. Accordingly,

**IT IS FURTHER ORDERED** that Plaintiff's request for appointment of a process server is **GRANTED**. [Doc. 26] The United States Marshal is directed to effectuate service on defendants Laura Vance and Steve Dominque within **twenty** days of the date of this Order.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of February, 2008.